# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1745
Lower Tribunal No. 19-588A-K

_____

**McKelly Cooper,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark Wilson, Judge.

McKelly Cooper, in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.